■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GREENE, Also Known as RICHARD RICE, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.